

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00111-CV

**IN THE INTEREST OF N.M.B.**, a Child

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI05268
Honorable Peter Sakai, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. Costs of the appeal are taxed against appellant.

SIGNED December 12, 2018.

_____
Rebeca C. Martinez, Justice